AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 05 2024

JEFFREY P. COLWELL
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Alexandra O Robak | ) Case No. |
| Patrick W. Murphy | ) |
| Lisa Rowe | ) |
| Cynthia Banks | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 21, 2023__ in the county of __Fremont__ in the __10th__ District of __Colorado__, the defendant(s) violated:

**Code Section** | **Offense Description**
Prosecution and Legal Presumption against an American State National

This criminal complaint is based on these facts:
Please see attached Criminal Incident Report- Federation Form 560-302

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Van Ness - Colorado State Citizen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

# Federation
Form 560-302



# Criminal Incident Report

## Part I — Name

| 1. Full name | 2. Address | 3. City | 4. State |
|---|---|---|---|
| Robert Van Ness | 1635 San Isabel Avenue | Westcliffe | Colorado |

## Part II — Subject

5. Subject of the incident
**Prosecution and Legal Presumption of American State National**

## Part III — Date, Time and Location of Incident

| 6. Date | 7. Time (HH/MM) | AM/PM | 8. Location, i.e. City, State, etc. |
|---|---|---|---|
| 11/21/2023 | 01:00 PM | | Fremont County Combined Court, Canon City, Colorado |

## Part IV — Persons Involved

9. List the names of all agents involved in the incident

- Alexandra O Robak
- Patrick W Murphy
- Lisa Rowe
- Cynthia Banks

10. Agency this report submitted to

US District Court

## Part V — Details of the incident

11. Explain to the fullest in your own words exactly what happened.

I was a witness with Nicolas Reed Lawton in the court room when the Judge, Clerk, and District Attorney all acknowledged the living man standing in front of them. But the Judge wouldn't let him continue speaking until he agreed to being trafficked into their jurisdiction. 3 different times, Nicolas went to the microphone and on the record stated that he was the living man with the name Nicolas Reed of the house of Lawton, but the judge would not continue. Her and the DA in collusion instead ruled that he did not appear for the requested appearance and issued a bench warrant. I request that this court review the court record from November 21, 2023 between 1:00pm-4:00pm. I also request that this court review the entire case file, as I am also a witness to the documentation and special appearance records that Nicolas provided this court in 2021 when the original fraudulent charges were brought against this American State National. Due to the fraud, crimes of trafficking, coercion, legal presumptions, impersonation, collusion with the prosecution and many more crimes. This case needs to be dismissed immediately, and Nicolas need to be notified as such, so he can again travel freely without concern for these criminals to continue harassing him.

Continued on Addendum "A"

See "Addendum A" for additional information if attached

Optional submission of this information to the State Recording Secretary for recording on the public "Land Recording Office" is certification of my testimony herein.

By _**By: TW**_ _____ Seal
American State National

Recording Number: **CO-52-2020-000007**

## Part VI — State Recorder Verification

*All information below is to be filled in only by the authorized State Recording Secretary*

| 12. State recorders credential number | 13. State recorder's contact number | Seal of Recording Secretary |
|---|---|---|
| | | |

14. State recorder's contact Email

I Certify that the above named American State National does in fact hold that status and this document has been recorded on the public "Land Recording Office" by me, the State Recording Secretary for:

_____

By _____

560-302, Rev. February 14, 2021

# Addendum "A"

Page 2

Use this addendum page to provide addition information as a continuation of Part V of the first page (1) of this form.

I also bring to your attention the clear disregard to follow the orders of the lawful unincorporated The United States of America. All Notices, Decrees and Declarations are published at www.annavonreitz.com. Just last week Notice #4592 was published. Here is an excerpt for your review.

"Cease and desist all and any prosecutions of Americans and all legal presumptions against them based on unratified corporate By-Law Amendments espoused by defunct foreign corporations, or stand as pirates in the dock."
Issued by:
Anna Maria Riezinger, Fiduciary
The United States of America
In care of: Box 520994
Big Lake, Alaska 99652
January 6th 2024

Thank you for your time, and for correcting these many mistakes or crimes.

By _____ Seal
American State National

560-302, Rev. February 25, 2023

U.S. POSTAGE PAID
PM
VERNAL, UT 84078
JAN 25, 2024
$30.05
R2305M145742-09

Retail
RDC 03
80294

REGISTERED MAIL
RE 704 660 609 US

Colorado District Court
Alfred A. Array United States Courthouse
901 19th Street
Denver, Co 80294

Robert Van Ness
℅ 1635 San Isabel Drive
Westcliffe, Colorado [81252]