IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00630-SBP
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

ROBERT VAN NESS,

    Plaintiff,

v.

ALEXANDRA O ROBAK,
PATRICK W. MURPHY,
LISA ROWE, and
CYNTHIA BANKS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Robert Van Ness, resides in Westcliffe, Colorado. On March 5, 2024, Plaintiff filed *pro se* a "Criminal Complaint" (ECF No. 1).[1] Although the specific claim or claims Plaintiff seeks to raise are not clear, the Court has opened a civil action because Plaintiff lacks standing to file a criminal complaint.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court finds that Plaintiff's filing is deficient as described in this order. Plaintiff will be directed to cure the

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

1

following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in

response to this order must include the civil action number on this order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**
(1)  _X_       is not submitted (Plaintiff must submit court-approved Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form)).
(2)  __        is missing affidavit
(3)  __        is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __        is missing certificate showing current balance in prison account
(5)  __        is missing required financial information
(6)  __        is missing authorization to calculate and disburse filing fee payments
(7)  __        is missing an original signature by the plaintiff
(8)  __        is not on proper form (must use court-approved Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form)).
(9)  __        names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_       other: In the alternative, Plaintiff may pay the $405.00 filing and administrative fees.

**Complaint, Petition or Application**:
(11) __        is not submitted
(12) _X_       is not on proper form (Plaintiff must use court-approved general Complaint form).
(13) __        is missing an original signature by the prisoner
(14) __        is missing page nos.
(15) __        uses et al. instead of listing all parties in caption
(16) __        names in caption do not match names in text
(17) __        addresses must be provided for all parties
(18) __        other:

Plaintiff may contact the Federal Pro Se Clinic at (303) 824-5395 or

https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal

Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901

19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved **Complaint** form and **Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form)**, along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff may pay the $405.00 filing fee instead of submitting the Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form). It is

FURTHER ORDERED that, if Plaintiff fails to cure all designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without prejudice and without further notice.

DATED March 8, 2024.

BY THE COURT:

Susan Prose
United States Magistrate Judge