IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00630-SBP

ROBERT VAN NESS,

    Plaintiff,

v.

ALEXANDRA O ROBAK,
PATRICK W. MURPHY,
LISA ROWE, and
CYNTHIA BANKS,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff Robert Van Ness resides in Westcliffe, Colorado. On March 5, 2024, Mr. Ness filed *pro se* a "Criminal Complaint" (ECF No. 1). Although the specific claims Mr. Ness seeks to raise are unclear, the clerk of the court opened a civil action because Mr. Ness lacks standing to file a criminal complaint.

    On March 8, 2024, Magistrate Judge Susan Prose issued an Order Directing Plaintiff to Cure Deficiencies (ECF No. 3). In the order, Mr. Ness was instructed to submit his claims on the Court's general Complaint form, and to submit an Application for Leave to Proceed in District Court Without Prepayment of Fees or Costs (Long Form) or pay the $405.00 filing fee. (*Id.*). Magistrate Judge Prose informed Mr. Ness that he could obtain copies of the necessary forms at www.doc.uscourts.gov. (*Id.*). Mr. Ness also was warned that failure to cure the filing deficiencies within 30 days would

1

result in dismissal of this action without prejudice and without further notice. (*Id.*).

Mr. Ness did not cure the filing deficiencies by the deadline, and he has otherwise failed to communicate with the Court since he initiated this action. Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Robert Van Ness, to comply with the Court's March 8, 2024 Order Directing Plaintiff to Cure Deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Ness files a notice of appeal, he must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED April 16, 2024, at Denver, Colorado.

BY THE COURT:

　　s/Lewis T. Babcock　　　　　
LEWIS T. BABCOCK, Senior Judge
United States District Court