IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00630-LTB

ROBERT VAN NESS,

    Plaintiff,

v.

ALEXANDRA O ROBAK,
PATRICK W. MURPHY,
LISA ROWE, and
CYNTHIA BANKS,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on April 16, 2024, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, April 16, 2024.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ S. Phillips,
    Deputy Clerk